**Opinion filed May 22, 2014**



## In The

# Eleventh Court of Appeals

_____

## No. 11-13-00351-CV

_____

## ONE 1997 PONTIAC FIREBIRD, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 43rd District Court**
**Parker County, Texas**
**Trial Court Cause No. CV12-0680**

### M E M O R A N D U M   O P I N I O N

Jimmy Wayne Mack, who filed the notice of appeal in this case, has now filed in this court a motion to withdraw his appeal. In the motion, Mack states that he "desires to abandon his claim in the 1997 Pontiac Firebird" and to withdraw his notice of appeal. Mack requests that this appeal be dismissed. In accordance with Mack's request, we dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The motion is granted, and the appeal is dismissed.

PER CURIAM

May 22, 2014

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.